IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Darren L. Hopkins, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 3:17 CV 50127 |
| | ) | |
| v. | ) | |
| | ) | Judge: Iain D. Johnston |
| Manzano, et al. | ) | |
| Defendants. | ) | |

# ORDER, REPORT AND RECOMMENDATION

     Status hearing held on 5/11/2018. Plaintiff fails to appear after he was ordered to appear on 3/22/2018 (Dkt. 20). In addition he had already failed to appear at the status hearings held on 2/16/2018 and 1/19/2018. Accordingly, it is this Court's Report and Recommendation that the case be dismissed for want of prosecution. Any objection must be filed by 5/29/2018. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

(:02)
Date: 5/14/2018                                                      /s/ Iain D. Johnston
                                                                                                U.S. Magistrate Judge